**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7076**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GLENDA KAYE GEORGE,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:16-cr-00019-CCE-3)

Submitted: November 30, 2020          Decided: December 15, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Glenda Kaye George, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenda Kaye George appeals the district court's orders denying her motions to modify her criminal judgment to run her federal sentence concurrently to her state sentence.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. George*, No. 1:16-cr-00019-CCE-3 (M.D.N.C. Apr. 30, 2020; June 3, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* In a prior opinion, we dismissed George's appeal for lack of jurisdiction and remanded to the district court for consideration of George's claims under 18 U.S.C. § 3582(c)(1)(A)(i). George subsequently moved this court to reverse the dismissal and reinstate the appeal, asserting that she did not intend to seek § 3582(c)(1)(A)(i) relief. Accordingly, in a separate order, we recalled the mandate and vacated our prior opinion.